150878

## DIVIDENDS REMITTED TO THE COURT
Check Number 109 Dated 08/30/10
Case Number 09-16050 - POLK, ANNIE M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Chase Bank USA, N.A.** | **000001** | 65.74 | *CK# 109* 3.44 |
| **C/O Creditors Bankruptcy Service** | | | |
| **P.O. Box 740933** | | | |
| **Dallas, TX 75374** | | | |
| 2951 | | | |

---------- Remittance Total --------------

|  |  | 65.74 | 3.44 |

DAVIS, STEVEN S., Trustee

FILED
2010 SEP -1 PM 3: 27
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Printed: 08/30/10 02:16 PM    Ver: 15.20